UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEVE BORIA,

                    Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8-10-20

17-CR-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:


        The Clerk of Court is respectfully directed to mail a copy of the endorsed letter at Dkt. 553 to

Mr. Boria.

SO ORDERED.

Dated:     August 10, 2020
           New York, New York

                                         RONNIE ABRAMS
                                         United States District Judge