USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

STEVE BORIA,

                Defendant.

No. 17-CR-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Mr. Boria's motion for compassionate release. *See* Dkt. 582. The Government is directed to respond by April 22, 2021. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Boria.

SO ORDERED.

Dated:    April 8, 2021
            New York, New York

Ronnie Abrams
United States District Judge