UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| v. | 17-CR-142 (RA) |
| Steve Boria, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Mr. Boria's motion pursuant to 28 U.S.C. § 2255. Dkt. 596. The Government shall file a response to his motion by January 28, 2022. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Boria.

SO ORDERED.

Dated:   January 3, 2022
         New York, New York

_____
RONNIE ABRAMS
United States District Judge