UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

STEVE BORIA,

Defendant.

17-CR-142 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

As the Court indicated in its January 8, 2024 opinion and order, it intends to vacate Defendant Steve Boria's judgment and enter a new one with the same sentence, affording him a new opportunity for direct appeal. The Court will do so at a conference scheduled for April 17, 2024 at 11:00 a.m.

Since the Court's January 8th opinion and order, Mr. Boria has filed two letters with the Court. Pursuant to the opinion and order, Michael Martin was appointed to represent Mr. Boria for the purpose of the entry of a new judgment and the filing of a timely appeal. Mr. Martin is directed to confer with Mr. Boria about his filings.

The Court respectfully directs the Clerk of Court to mail a copy of this order to Mr. Boria.

SO ORDERED.

Dated:   March 13, 2024
         New York, New York

Hon. Ronnie Abrams
United States District Judge