**LINCOLN SQUARE LEGAL SERVICES, INC.**   Fordham University School of Law | Tel 212-636-6934
150 West 62nd Street, Ninth Floor | Fax 212-636-6923
New York, NY 10023

April 14, 2024

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted. The re-entry of judgment proceeding is adjourned to May 8, 2024 at 2:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 15, 2024

Re:   *United States v. Boria,* **17-cr-142 (RA)**

Dear Judge Abrams:

We represent Mr. Steve Boria in the above-captioned matter. With the Government's consent, we request a three-week adjournment of the upcoming April 17, 2024 re-entry of judgment proceeding before the Court. This request allows counsel additional time to counsel Mr. Boria on his pending *pro se* applications, as directed by the Court in its Order on March 13, 2024. We understand from Chambers that the Court is available at 11:30 am on Wednesday May 8, 2024. We request that the April 17 proceeding be adjourned until this date.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr. Steve Boria*

cc:   All Parties via ECF