UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

STEVE BORIA,

                Defendant.

17-CR-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The conference during which the Court intends to vacate Defendant Steve Boria's judgment and enter a new one is hereby rescheduled for June 26, 2024 at 3:00 p.m.

SO ORDERED.

Dated:    May 23, 2024
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge